AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

2008 JUL 21 PM 2: 26

United States of America )
v. )
Joraun Davidreed Latta ) Case No: CR407-00044-001
) USM No: 13079-021
Date of Previous Judgment: October 5, 2007 ) Orin L. Alexis
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___78___ months **is reduced to** ___66 months___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: ___27___         Amended Offense Level: ___25___
Criminal History Category: ___III___      Criminal History Category: ___III___
Previous Guideline Range: __87__ to __108__ months    Amended Guideline Range: __70__ to __87__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[X] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated ___October 5, 2007,___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _July 21, 2008_

Judge's signature

William T. Moore, Jr.
Effective Date: _____    Chief Judge, U. S. District Court
(if different from order date)         Printed name and title