FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 JUN 28 PM 2:30

CLERK B. West
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JORAUN DAVID REED LATTA, )
)
    Plaintiff, )
)
v. ) CASE NOS. CV410-007
)           CR407-044
UNITED STATES OF AMERICA, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's motion under 28 U.S.C. § 2255 is **DENIED**. Accordingly, the **Clerk of Court** is **DIRECTED** to **close this case**

SO ORDERED this 28th day of June 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA